UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN JAMES RODRIGUEZ,<br><br>Defendant. | Case No.   1:24-mc-00085-EPG<br><br>ORDER ALLOWING DEFENDANT 21 DAYS TO FILE OBJECTIONS TO PROPOSED FINDINGS AND RECOMMENDATIONS FOR FINAL ORDER OF GARNISHMENT<br><br>ORDER DIRECTING CLERK OF COURT TO ASSIGN DISTRICT JUDGE<br><br>(ECF No. 8) |

    This matter is before the Court on the request for findings and recommendations for final order of garnishment filed by the United States on August 12, 2024. (ECF No. 8). Attached to this filing, the United States has submitted proposed findings and recommendations for final order of garnishment, seeking payment of $27,300 in funds held by the Garnishee. (ECF No. 8-1).

    Upon review, the Court will allow Defendant Jonathan James Rodriguez twenty-one (21) days from the date of service of this order to file any objections to the proposed findings and recommendations for final order of garnishment (ECF No. 8-1).

    Accordingly, the Clerk of Court is directed to mail of copy of this order and the request for findings and recommendations and proposed findings and recommendations (ECF No. 8 & 8-1) to:

    JONATHAN JAMES RODRIGUEZ
    BOP Register #79145-097

1

    FCI Terminal Island
    P.O. Box 3007
    San Pedro, CA 90733

(*See* ECF No. 5, p. 2).

    Additionally, the Clerk of Court is directed to assign a District Judge to this case.

IT IS SO ORDERED.

Dated:   **August 13, 2024**            /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE